AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25--cv-00203

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer William Osteen
was received by me on *(date)* 9-10-25.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (Nathan Ochsner, Clerk of Court) _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Veronica Lawrence Records Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* Officer William Osteen on *(date)* 9-10-25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ $2.80 for travel and $ 65 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9-11-25

*Server's signature*

William Groth Deputy
*Printed name and title*

601 Rosenberg, Galveston, TX 77550
*Server's address*

Additional information regarding attempted service, etc:

United States Courts
Southern District of Texas
**FILED**
SEP 11 2025
Nathan Ochsner, Clerk of Court

| U.S. Department of Justice<br>United States Marshals Service | RECEIVED<br>UNITED STATES MARSHAL<br>2025 SEP 10 AM 11:40<br>SOUTHERN DISTRICT OF TEXAS<br>GALVESTON | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>Matthew Oliver Reardon | | COURT CASE NUMBER<br>3:25-cv-00203 |
|---|---|---|
| DEFENDANT<br>Officer William Osteen et al | | TYPE OF PROCESS<br>Summons/Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer William Osteen, Galveston Police Department, Joe Max Taylor Law Enforcement Center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
601 54th Street, Galveston, TX 77551

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Matthew Oliver Reardon<br>503 Count Road 371<br>Water Valley, MS 38965 | Number of parties to be served in this case | 8 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
*Andy Gould*
TELEPHONE NUMBER: 662-701-2458
DATE: 9/10/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin No. C-79 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk<br>*William Knopf* | Date<br>9-10-25 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Veronica Lawrence Records Clerk | Date<br>9-10-25 | Time<br>1443 | [ ] am [X] pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br>*William Knopf* | | |

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Served Veronica Lawrence, Records Clerk, who is designated to accept service of process on behalf of GPD officers, in this case Officer William Osteen

Fees - $65.00 for Service
       2.50 for travel
Total $67.50

Form USM-285
Rev. 03/21