# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Matthew Oliver Reardon | **COURT CASE NUMBER** 3:25-cv-00203 |
| **DEFENDANT** Officer William Osteen et al | **TYPE OF PROCESS** Summons/Complaint |

Received 2025 SEP 10 PM 11:33 — SOUTHERN DISTRICT OF TEXAS GALVESTON

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UTMB Health (UTMB Hospital) Office of General Counsel
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
301 University Blvd., Galveston, TX 77555

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Matthew Oliver Reardon
503 Count Road 371
Water Valley, MS 38965

Number of process to be served with this Form 285: **1**
Number of parties to be served in this case: **8**
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*/s/ Andy Gould/*
TELEPHONE NUMBER: 662-701-2458
DATE: 9/10/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: C79
District to Serve No.: ___
Signature of Authorized USMS Deputy or Clerk: ___
Date: 9.10.25

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Carolynda Brenord Woodgett, Vice President + Chief Legal Officer
Date: 9-16-25   Time: 1300   [ ] am [ ] pm

Address *(complete only different than shown above)*:

Signature of U.S. Marshal or Deputy: */s/ William ____/*

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

United States Courts
Southern District of Texas
**F I L E D**

**SEP 18 2025**

Nathan Ochsner, Clerk of Court

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00203

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __UTMB__
was received by me on *(date)* __9-10-25__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Carolanda Woodgett__, who is designated by law to accept service of process on behalf of *(name of organization)* __UTMB__ on *(date)* __9-16-25__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __2.10__ for travel and $ __65.00__ for services, for a total of $ __67.10__ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __9-18-25__

__William Groth__
*Server's signature*

__William Groth Deputy U.S. Marshal__
*Printed name and title*

__601 Rosenburg, Galveston, TX 77550__
*Server's address*

Additional information regarding attempted service, etc: