**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Matthew Oliver Reardon | 3:25-cv-00203 |

2025 SEP 10 PM 11: 33

SOUTHERN DISTRICT OF TEXAS GALVESTON

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Officer William Osteen et al | Summons/Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

UTMB Health (UTMB Hospital) Office of General Counsel

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

301 University Blvd., Galveston, TX 77555

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Matthew Oliver Reardon<br>503 Count Road 371<br>Water Valley, MS 38965 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 8 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:<br>*Andy Gould* [signature]<br>☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>662-701-2458 | DATE<br>9/10/2025 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. C79 | No. C79 | *Andrea K* [signature] | 9.10.25 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>*Carolynda Brenond Woodgett    Vice President & Chief legal officer* | Date<br>9-16-25 | Time<br>1300 | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*William* [signature] | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

**United States Courts**
**Southern District of Texas**
**F I L E D**

**SEP 18 2025**

Nathan Ochsner, Clerk of Court

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00203

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  UTMB Health (UTMB Hospital) office of General Counsel

was received by me on *(date)*  9/10/25  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  2.10  for travel and $  65.00  for services, for a total of $  67.10  0.00  .

I declare under penalty of perjury that this information is true.

Date:  9-18-25

_____
*Server's signature*

William Groth Deputy U.S. Marshal
*Printed name and title*


601 Rosenburg, Galveston, TX 77550
*Server's address*

Additional information regarding attempted service, etc: