**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

Matthew Oliver Reardon

v.                                                          Case Number: 3:25−cv−00203

William Osteen, et al.

---

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**
by video

**DATE:** 10/15/2025

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:   September 23, 2025

                                                                    Nathan Ochsner, Clerk