IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MATTHEW OLIVER REARDON, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-00203 |
| | § | |
| OFFICER WILLIAM OSTEEN, | § | |
| SERGEANT JACK DORATY, | § | |
| JACOB MCDOUGLE, HOBY | § | |
| JAMES, KANDIS BEAVERS, | § | |
| JEFF BUSBY, CITY OF | § | |
| GALVESTON, UTMB | § | |
| HEALTH, JOHN DOE | § | |
| OFFICERS 1-5, JOHN & JANE | § | |
| DOES 1-6 | § | |
|    *Defendants.* | § | |

## ORDER

Defendants, the City of Galveston's, Officer William Osteen's, and Sergeant Jack Doraty's unopposed motion to extend time to respond to Plaintiff's complaint is **GRANTED**. It is therefore;

**ORDERED** that the date by which Defendants City of Galveston, Officer William Osteen, and Sergeant Jack Doraty may timely serve and file a response to Plaintiff's complaint is extended to October 14, 2025.

Signed on Galveston Island this ____ day of October 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE