Case 3:25-cv-00203   Document 25   Filed on 10/02/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MATTHEW OLIVER REARDON, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:25-cv-203 |
| OFFICER WILLIAM OSTEEN, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is the defendants' motion for extension of time to answer plaintiff's complaint. Dkt. 23. The court grants the motion.

The court hereby orders the defendant has until October 14, 2025, to answer the plaintiff's complaint.

Signed at the City of El Paso this 2nd day of October, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE