| U.S. Department of Justice <br> United States Marshals Service | PROCESS RECEIPT AND RETURN <br> See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF <br> Matthew Oliver Reardon | COURT CASE NUMBER <br> 3:25-cv-00203 |
|---|---|
| DEFENDANT <br> Officer William Osteen et al | TYPE OF PROCESS <br> Summons/Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deputy Kandace Beavers c/o Lafayette County Chancery Clerk, Lafayette County Chancery Courthouse

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 Nort Lamar Blvd., Ste 101, Oxford, MS 38965

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Matthew Oliver Reardon
503 Count Road 371
Water Valley, MS 38965

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

United States Courts
Southern District of Texas
FILED
OCT 10 2025
Nathan Ochsner, Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 662-701-2458
DATE: 9/10/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. C79 | No. 042 | Rachel Ritaffa | 9/19/2025 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| | | | |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | Rachel Ritaffa |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Beavers no longer works here.

They would not take process due to her no longer working there.

1 hour; 1 mile

Form USM-285
Rev. 03/21