United States District Court
Southern District of Texas

**ENTERED**
November 10, 2025
~~Nathan Ochsner~~, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:25-cv-203 |
|---|---|---|---|

|  |
|---|
| Matthew Oliver Reardon |
| *versus* |
| William Osteen et al. |

| Lawyer's Name | David D. O'Donnell |
|---|---|
| Firm | Clayton O'Donnell PLLC |
| Street | 1403 Van Buren Avenue, Suite 103 |
| City & Zip Code | Oxford, MS 38655 |
| Telephone & Email | 662-801-9302 dodonnell@claytonodonnell.com |
| Licensed: State & Number | MS 3912 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Jeff Busby |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __      No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/5/2025 | Signed: |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 11/10/2025 | Clerk's signature   G. Cardenas |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 11/10/2025

_____
United States District Judge