IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

MATTHEW OLIVER REARDON

PLAINTIFF

VS.                                                    CIVIL ACTION NO.: 3:25-CV-203

WILLIAM OSTEEN, ET AL.                                                  DEFENDANTS

---

### AFFIDAVIT OF JEFF BUSBY

I, Jeff Busby, being of age and sound mind, do hereby testify to the following matters of which I have personal knowledge after being placed under oath:

1. I am the Circuit Clerk of Lafayette County, Mississippi. I have served in that position since January 2020 to the present.

2. In my capacity as the Circuit Clerk, I oversee and manage all routine court functions of the Lafayette County Circuit Court. The Circuit Clerk's office employs several deputy clerks who perform their duties under my supervision.

3. Having been served a copy of the Complaint filed in this case, I understand that Matthew Reardon alleges that I personally responded to a request from the Galveston County District Attorney's Office for a status update on Matthew Reardon's Mississippi DUI conviction in the Lafayette County Circuit Court. I did not receive any such request and neither did I provide any information, written or otherwise, to the Galveston County District Attorney concerning Reardon's DUI conviction, including whether there was an active appeal.

Further affiant sayeth not.



_____
Jeff Busby

SWORN TO AND SUBSCRIBED BEFORE ME on the 12th day of November, 2025.

_____
Notary

My Commission Expires:

My Commission Expires Ian 2, 2028

(Seal)