# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas



20250702-20

Matthew Oliver Reardon

PO Box 160144
Clearfield, UT 84016

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

United States Courts
Southern District of Texas
FILED

DEC 0 1 2025

Nathan Ochsner, Clerk of Court

Date: Wednesday, July 2, 2025
Case Number: 3:25-cv-00203
Document Number: 3 (6 pages)
Notice Number: 20250702-20
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.



RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010    2104N29093-00490

NIXIE    851    EE 1

0111/25/25

FIRST-CLASS

US POSTAGE

UNCLAIMED

United States Courts
Southern District of Texas
FILED
DEC 01 2025
Nathan Ochsner, Clerk of Court

UNCLAIMED

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

AFSM 3 N HOU 773
THU 03 JUL 2025 PM