United States District Court
Southern District of Texas

**ENTERED**

April 01, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| MATTHEW OLIVER REARDON, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-00203 |
| | § | |
| OFFICER WILLIAM OSTEEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case has been referred to me for all pretrial purposes. *See* Dkt. 55. There are four motions pending before me: (1) Defendant University of Texas Medical Branch's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) (Dkt. 26); (2) Defendants City of Galveston's, Officer Osteen's, and Sergeant Doraty's Motion to Dismiss (Dkt. 40); (3) Defendant Jeff Busby's Motion to Dismiss (Dkt. 46); and (4) Plaintiff's Omnibus Emergency Motion (Dkt. 52). I will begin by addressing Plaintiff Matthew Reardon's Omnibus Emergency Motion.

Reardon asks this court to: (1) grant him immediate electronic access to CM/ECF; (2) extend his time to respond to all pending motions; (3) grant him leave to file an amended complaint; (4) strike or deny as untimely Busby's motion to dismiss; and (5) extend his time to serve Defendants Hoby James, Kandis Beavers, and Jacob McDougle. I will address each item in turn.

***CM/ECF Access.*** Reardon's request for CM/ECF access is **DENIED**. Defendants are, however, **ORDERED** to serve all future filings on Reardon by (1) regular mail; (2) certified mail return receipt requested; *and* (3) e-mail, and to include proof of the same in their certificates of service. Reardon's mailing address is **503 CR 371, Water Valley, MS 38965**, and his e-mail address is **patriotnewsactivism@gmail.com**. The court will strike any motion that does not include a certificate of service that complies with this order.

***Leave to File an Amended Complaint.*** Reardon's request for leave to file an amended complaint is **GRANTED**. Although an amended complaint was filed on the court's docket the same day as Reardon's omnibus motion, I cannot be sure that it is the amended complaint Reardon wants to file. Accordingly, I will give Reardon until **Thursday, April 23, 2026**, to file an amended complaint. Alternatively, Reardon may confirm with the court by **Thursday, April 23, 2026**, that the amended complaint filed the same day as his omnibus motion (Dkt. 51) should be the operative pleading. Failure to take one of these actions by April 23, 2026, will result in this court ruling on the pending motions to dismiss.

If Reardon files or confirms his amended complaint by April 23, 2026, the pending motions to dismiss will be denied as moot, and Defendants will have until **Thursday, May 14, 2026**, to file their motions to dismiss Reardon's amended complaint.[1] Reardon's request for an extension of time to respond to the currently pending motions to dismiss will also be moot.

In allowing Reardon to file an amended complaint, I want to be clear: I am unmoved by Reardon's argument that he could not file an amended complaint because some court notices were returned undeliverable.[2] Four of the five "Mail Returned Undeliverable" notices that Reardon references in his motion were documents filed *before* Reardon updated his address with the court on September 9, 2025 (Dkt. 6). *See* Dkt. 43 (Dkt. 2 returned undeliverable); Dkt. 44 (Dkt. 4

---

[1] As a form of alternative relief, Reardon asks this court to deny Busby's motion to dismiss "based upon a perjurious affidavit that constitutes fraud on the Court." Dkt. 52 at 20. Reardon's contentions that Busby has deceived this court are based on a March 25, 2024 letter that Reardon contends is in direct conflict with Busby's November 12, 2025 affidavit. *See id*. at 15. There's just one problem: I cannot locate this March 25, 2024 letter anywhere in the court's record. As noted above, Busby's motion to dismiss will be denied as moot if Reardon timely files his amended complaint. But if Reardon intends to continue launching allegations of fraud and perjury with his amended complaint, I strongly encourage him to provide a copy of the March 25, 2024 letter.

[2] Reardon also fails to appreciate the irony in asking this court to allow him to file an amended complaint ***five months after*** the deadline for filing an amended complaint while simultaneously asking this court to penalize Busby for filing a motion 33 days late.

returned undeliverable); Dkt. 48 (Dkt. 1 returned undeliverable); Dkt. 50 (Dkt. 3 returned undeliverable). The remaining court notice that was returned undeliverable was the court's notice that the initial scheduling conference would be reset to October 15, 2025 (Dkt. 22). *See* Dkt. 47. Reardon personally appeared at the October 15, 2025 conference, at which I gave Reardon an October 28, 2025 deadline to file an amended complaint. No document issued by this court after October 15, 2025, changed the fact that Reardon had until October 28, 2025, to file an amended complaint. Nor does the fact that court notices issued before October 15, 2025, were undeliverable excuse Reardon's delay in filing an amended complaint. Even so, I believe in giving every plaintiff at least one opportunity to amend. But make no mistake: **<u>NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED TO FILE AN AMENDED COMPLAINT</u>.**

***Extension of Time to Serve.*** Reardon's request for an extension of time to serve Defendants James, Beavers, and McDougle is **GRANTED**. Reardon has until **<u>Thursday, April 30, 2026</u>**, to effect service on these defendants. Failure to serve any of these defendants by **<u>Thursday, April 30, 2026</u>**, will result in Reardon's claims against that defendant being dismissed without prejudice for want of prosecution.

## CONCLUSION

In conclusion, Reardon's Omnibus Emergency Motion (Dkt. 52) is granted in part and denied in part. Specifically, (1) Reardon's request for CM/ECF access is **DENIED**; (2) Reardon's request to file an amended complaint is **GRANTED**; (3) Reardon's request for an extension of time to serve James, Beavers, and McDougle is **GRANTED**; and (4) all other relief requested by Reardon is **DENIED AS MOOT**. Defendants' pending motions to dismiss (Dkts. 26, 40, and 46) are **CONDITIONALLY DENIED AS MOOT**, provided Reardon files an amended complaint by **<u>Thursday, April 23, 2026</u>**.

Defendants are **ORDERED** to serve all future filings on Reardon by (1) regular mail; (2) certified mail return receipt requested; *and* (3) e-mail, and to

include proof of the same in their certificates of service. Reardon's mailing address is **503 CR 371, Water Valley, MS 38965**, and his e-mail address is **patriotnewsactivism@gmail.com**. The court will strike any motion that does not include a certificate of service that complies with this order.

SIGNED this 1st day of April 2026.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE

4