**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

**MATTHEW OLIVER REARDON**

                                                          **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 3:25-CV-203**

**WILLIAM OSTEEN, ET AL.**                             **DEFENDANTS**

---

**DEFENDANT JEFF BUSBY'S RESPONSE TO MOTION TO STRIKE AND FOR
SANCTIONS**

---

COMES NOW, Jeff Busby, a Defendant in the above-styled and numbered cause, by and through counsel, and files his Response in opposition to the Plaintiff's "Combined" Motion to Strike Defendant Busby's Affidavit and for Sanctions, and would state as follows:

**I. RESPONSE**

The present combined motions should be denied. The cited affidavit signed by the defendant, Jeff Busby ("Busby") correctly states that he did not have any contacts with the Galveston County District Attorney's Office regarding the criminal charges brought against Reardon. In the attached affidavit, Busby reconfirms the accuracy of the original affidavit, explaining that he provided the March 25, 2024 statement to Steven Jubera, an Assistant District Attorney prosecuting Reardon's Mississippi criminal charges. (Busby, Exhibit A). Jubera, in turn, verifies Busby's non-contact with Galveston officials, explaining that Busby's March 25, 2024 statement was issued to him at his request and that he sent Busby's statement (and other documents) to the Galveston District Attorney's office on March 25, 2024. (Jubera, Exhibit B).

Jubera's March 25, 2024 email (attached to his affidavit) transmitting the documents to Galveston confirms Busby's and Jubera's affidavits. Although really a matter of Reardon's substantive claims raised in his Amended Complaint, it bears mentioning that Jubera candidly acknowledged to the Galveston District Attorney Reardon's apparent effort to appeal the DUI conviction while explaining there was an issue whether an appeal was "properly filed":

> Nasharria,
>
> Thank you for your call. Attached are various documents regarding Mr. Reardon including his prior convictions.
>
> Mr. Reardon filed a motion on our civil docket that is attached, pro se, which seems to be something like an appeal. When a lower court convicts a defendant has an absolute right to appeal. That appeal is filed on the criminal docket, not the civil one.
>
> That is not a proper appeal from any judgment in lower court in particular the DUI in question. I have a latter from our clerk attached stating there has not been a properly filed appeal from any conviction pending in circuit court.

There was nothing false or inherently misleading, and certainly nothing which resemble bad faith, on Busby's part by insisting that he did not have contact with Galveston officials regarding Reardon. Thus, there is no basis to strike the affidavit or to sanction.

As a matter of Rule 11, 28 U.S.C. § 1927 or the court's inherent power, Busby's affidavit does not present a matter sanctionable under any standard applicable here. Tompkins v. Cyr, 202 F.3d 770, 788 (5th Cir. 2000) (Rule 11); Boland Marine & Mfg. Co. v. Rihner, 41 F. 3d 997, 1005 (5th Cir. 1995); see also Goldin v. Bartholow, 166 F. 3d 710, 722 (5th Cir. 1999) (the imposition of sanctions using inherent powers must be accompanied by a specific finding of bad faith); Orchestratehr, Inc. v. Trombetta, 178 F. Supp. 3d 476, 496 (N.D. Tex. 2016) (sanctions not warranted unless there is evidence of intentional or willful false testimony). Further, under Section 1927, sanctions are "reserved for situations where counsel 'unreasonably and

2

vexatiously' multiplies legal proceedings," a standard clearly not met in this record.  Morrison v. Walker, 939 F.3d 633,637 (5th Cir. 2019).

## II.      CONCLUSION

Based upon the foregoing, defendant Jeff Busby respectfully requests this court to deny the Plaintiff's combined motion to strike and for sanctions in all respects.

THIS, the 13th day of May, 2026.

Respectfully submitted,

CLAYTON O'DONNELL  PLLC
1403 VAN BUREN AVENUE, SUITE 103
P.O. Drawer 676
Oxford, MS  38655
Telephone:  (662) 234-0900
Facsimile:  (662) 234-3557


/s/ David D. O'Donnell
**DAVID D. O'DONNELL, MSB #3912**
*Attorney for Jeff Busby, Defendant*
dodonnell@claytonodonnell.com

3

## <u>CERTIFICATE OF SERVICE</u>

I, David D. O'Donnell, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

I also served the Plaintiff, pro se, at the following  address and methods per the court's direction:

Matthew Oliver Reardon
503 CR 371
Water Valley, MS 38965
(regular mail)

Matthew Oliver Reardon
503 CR 371
Water Valley, MS 38965
(certified mail, return receipt requested)

Matthew Oliver Reardon
patriotnewsactivism@gmail.com


This the 13th day of May, 2026.

*/s/ David D. O'Donnell*
**DAVID D. O'DONNELL, MSB# 3912**
dodonnell@claytonodonnell.com

4