IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 03 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| MATTHEW OLIVER REARDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-203 |
| | § | |
| OFFICER WILLIAM OSTEEN, et al., | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS THE UNIVERSITY OF TEXAS MEDICAL BRANCH AND JACOB McDOUGLE

Plaintiff Matthew Oliver Reardon, proceeding *pro se*, hereby gives notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of the voluntary dismissal **without prejudice** of all claims asserted in this action against the following Defendants:

1. **The University of Texas Medical Branch** ("UTMB"); and

2. **Jacob McDougle**.

This dismissal is without prejudice to all claims against these Defendants and encompasses all causes of action asserted against them in Plaintiff's Second Amended Complaint [Dkt. 58], including but not limited to Plaintiff's claims under Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131 *et seq.*, and all other federal and state law claims.

## BASIS FOR DISMISSAL UNDER RULE 41(a)(1)(A)(i)

Plaintiff is entitled to voluntary dismissal as a matter of right under Rule 41(a)(1)(A)(i) because neither Defendant UTMB nor Defendant McDougle has served an answer or a motion for summary judgment in this action:

**UTMB:** Defendant UTMB has filed a Motion to Dismiss [Dkt. __] but has not served an answer or a motion for summary judgment. A motion to dismiss under Rule 12(b) is neither an "answer" nor a "motion for summary judgment" within the meaning of Rule 41(a)(1)(A)(i). *See Harvey Specialty & Supply, Inc. v. Anson Flowline Equip. Inc.,* 434 F.3d 320, 324 (5th Cir. 2005) (a "motion to dismiss is not an 'answer' for purposes of Rule 41(a)(1)"). Accordingly, Plaintiff retains the right to dismiss UTMB without court order.

**McDougle:** Defendant Jacob McDougle has not been served with process in this action. The Court's April 1, 2026 Order [Dkt. 56] extended the deadline for service upon McDougle to April 30, 2026. McDougle has not appeared, filed any responsive pleading, or otherwise participated in this case. Plaintiff elects not to pursue service and voluntarily dismisses all claims against McDougle.

## EFFECT ON REMAINING CLAIMS AND PARTIES

This Notice of Voluntary Dismissal applies **only** to Defendants UTMB and Jacob McDougle. All claims against the remaining Defendants—Officer William Osteen, Sergeant Jack Doraty, the City of Galveston, Kandis Beavers, Hoby James, Jeff Busby, and John Doe Officers 1–5—remain pending and are unaffected by this dismissal.

Because this is not a dismissal of the entire action, but rather a partial dismissal of claims against two of multiple defendants, this Notice does not require the stipulation of

all parties. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Klay v. All Defendants*, 389 F.3d 1191, 1203 (11th Cir. 2004).

Plaintiff respectfully requests that the Clerk of Court update the docket to reflect the dismissal of Defendants UTMB and Jacob McDougle from this action, and that UTMB's pending Motion to Dismiss [Dkt. __] be terminated as moot.

Respectfully submitted,

Matthew Oliver Reardon

Plaintiff, *Pro Se*

503 CR 371

Water Valley, MS 38965

patriotnewsactivism@gmail.com

Date: _____May 20_____, 2026

## CERTIFICATE OF SERVICE

I, Matthew Oliver Reardon, hereby certify that on ___May 20___, 2026, a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served upon all counsel of record via the methods directed by the Court, including:

Emily Barnes

Assistant Attorney General

Office of the Attorney General

Law Enforcement Defense Division

P.O. Box 12548, Capitol Station

Austin, Texas 78711

Emily.Barnes@oag.texas.gov

*Attorney for Defendant UTMB*

*Defendant Jacob McDougle — not served; no counsel of record*

Matthew Oliver Reardon

Plaintiff, *Pro Se*

**FROM:**

Matthew Reardon
503 CR 371
Water Valley, MS 38965



**Retail**

U.S. POSTAGE PAID
FCM LG ENV
BATESVILLE, MS 38606
MAY 27, 2026

77550

**$5.04**

RDC 99

S2322Y500287-03

**TO:**

US District Clerk (4th floor)
601 25th St # 411
Galveston, TX 77550

**Utility Mailer**