United States District Court
Southern District of Texas
**ENTERED**
June 12, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MATTHEW OLIVER REARDON, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-203 |
| | § | |
| OFFICER WILLIAM OSTEEN, et al., | § | |
| *Defendants.* | § | |

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY

~~Before the Court is~~ Plaintiff's Unopposed Motion for Leave to File Sur-Reply in Opposition to Defendants' Motion to Dismiss ~~[Dkt. 68]. Having considered the Motion, and~~ *is granted.* ~~noting that Defendants do not oppose the relief requested, the Court finds that Defendants'~~ ~~Reply [Dkt. 79] raises new arguments and contains matters to which Plaintiff has not had an~~ ~~opportunity to respond.~~ The clerk is ordered to file Dkt. 80.2 separately as "Plaintiff's Sur-Reply in Opposition to Defendant's Motion to Dismiss."

~~IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion for Leave to~~ ~~File Sur-Reply is GRANTED. The Clerk shall file the attached Sur-Reply.~~

~~SO ORDERED.~~

SIGNED this 12th day of June, 2026.

Judge Andrew Edison